Salvador MONDACA–VEGA,
Petitioner,

v.

Eric H. HOLDER Jr., Attorney
General, Respondent.

No. 03–71369.

United States Court of Appeals,
Ninth Circuit.

Nov. 6, 2013.

Matt Adams, Northwest Immigrant Rights Project, Seattle, WA, Martha Rickey, Northwest Immigrant Rights Project, Granger, WA, for Petitioner.

Katherine E.M. Goettel, Colin A. Kisor, OIL, Ari Nazarov, DOJ–U.S. Department of Justice, Washington, DC, Chief Counsel ICE, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

Agency No. A019–263–384.

## ORDER

KOZINSKI, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35–3. The three judge panel opinion shall not be cited as precedent by or to any court of the Ninth Circuit.